SHERIDAN ASSOCIATES, INC., Respondent, v. DIANA COFFEY et al., Defendants, and ORESTE J. FALCIGLIA et al., Appellants.— Motion to dismiss appeal denied, with $10 costs. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.

■

In the Matter of EMRAY REALTY CORP., Appellant, against CHARLES ABRAMS, as State Rent Administrator, Respondent.— Motion denied. The undated notice of appeal is corrected *nunc pro tunc* as of March 21, 1955, to show that the appeal is taken from the order, entered March 10, 1955, and not from an order, entered February 28, 1955. (See Civ. Prac. Act, § 105.) Present — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ.

■

PEDRO V. DE JESUS, Respondent, v. WATERMAN STEAMSHIP CORP., Appellant. JULIO RODRIGUEZ, Respondent, v. A. H. BULL STEAMSHIP Co., Appellant.— This court determines that these cases should be tried in the courts of Puerto Rico, if possible. The accidents involved occurred in Puerto Rico and witnesses would be readily available in that jurisdiction. Defendants have indicated their willingness to appear in the courts of Puerto Rico and to waive any claim of Statute of Limitations. We hold the appeals in abeyance for sixty days pending proceedings by plaintiffs, on appearance and consent of defendants, to bring suits in the courts of Puerto Rico. Present — Callahan, J. P., Breitel, Bastow, Botein and Rabin, JJ.

## (April 19, 1955.)

■

THOMAS J. BATA et al., as Executors of MARIE T. BATA, Deceased, Respondents, v. BATA, a.s., Appellant, and SVIT NATIONAL CORPORATION, Intervenor, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Cohn, J. P., Callahan, Breitel, Bastow and Rabin, JJ. [See *post,* p. 1050.]

■

In the Matter of BROOKLYN CATERERS ASSOCIATION, INC., et al., Petitioners, against ALFRED J. BOHLINGER, as Superintendent of Insurance of the State of New York, et al., Respondents.— Determination unanimously confirmed, with $50 costs and disbursements to the respondents and the proceeding dismissed. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ. [See *post,* p. 1143.]

■

ROBERT H. PETERSON, Respondent, v. STEPHAN L. SAUNDERS, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.